**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

COREY PERKINS                                                                                         PETITIONER

5:11CV00037 JMM

RAY HOBBS                                                                                             RESPONDENT
Director, Arkansas
Department of Correction

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE